B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Laura Anderson / Albert Anderson, Debtor(s)

Case No. 16-15968
Chapter 13

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept         $   5,445.00
   Prior to the filing of this statement I have received  $   1,782.00
   Balance Due                                          $   3,663.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Included but not limited to: Continued Meeting of Creditor hearings, Addition of creditors after the filing of Bankruptcy Petition, Motions to continue/impose the Automatic Stay, Motions to allow filing, Motions to avoid liens, Motion for Relief of the Automatic Stay, Motions to dismiss case, Adversarial proceedings & Discharge litigation, Contested matters, Depositions, Asset cram downs, Objections to proofs of claim, Motions to Incur Financing, Certification of default of stipulations, Negotiations, Motions to modify the Plan, Motions to Sell Real Estate, Motions to Approve Personal Injury Settlements, Motions to Approve Mortgage Modifications, Motions for reconsideration, Vacate wage Orders, Bankruptcy related Praecipes, Suggestions of Bankruptcy, Bankruptcy chapter conversion, Redemption of property, Pacer and legal research, Judgment lien and public searches.

      The above legal services related to the instant Bankruptcy will be billed at an hourly rate for attorney and paralegal time as set forth in the attorney client fee agreement.

      The retainer paid by the Debtor(s) prior to filing the instant matter shall be credited to the legal fees expended on the subject Chapter 13 case prior to Confimation. Any fee balance shall be recouped by way of an Application for Compensation with the Honorable Bankruptcy Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Chapter 13 Bankruptcy Services required after Confirmation of the Chapter 13 Plan, including, but not limited to Motion for Relief from the Automatic Stay Defense, Conversion to a Chapter 7 Bankruptcy, Motions to Sell Real Property Free and Clear of Liens, Motions to Approve Personal Injury Settlement, Motion for Hardship Discharge, Motion for Allowance of New Financing, Motion to Modify Chapter 13 Plan, Motion to Approve Mortgage Modification.

In re
Laura Anderson
Albert Anderson
Debtor(s)

Case No. **16-15968**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 16, 2017** | **/s/ Brad J. Sadek, Esquire** |
| Date | Brad J. Sadek, Esquire |
| | *Signature of Attorney* |
| | **Sadek and Cooper** |
| | **1315 Walnut Street** |
| | **Suite 502** |
| | **Philadelphia, PA 19107** |
| | **215-545-0008   Fax: 215-545-0611** |
| | **brad@sadeklaw.com** |
| | *Name of law firm* |