## Legal Fees Breakdown

## Albert & Laura Anderson (16-15968ELF)

**Attorneys ($335.00/hour billed in tenths of an hour):**
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.
Patrick J. Cooper, Esq.
    15 Hours x $335.00/hour = $5,025.00

**Paralegals ($125.00/hour billed in tenths of an hour):**
    4.2 Hours x $125.00/hour = $420.00


**Total:** $5,025.00 + $420.00 = $5,445.00

Legend for Chapter 13 Fee Applications:

IC = Incoming Call

OC = Outgoing Call

ICE = Incoming Email

OGE = Outgoing Email

ICF = Incoming Fax

OCF = Outgoing Fax

MTN = Motion

MTD = Motion to Dismiss

MFR = Motion for Relief

OPC = Opposing Counsel

LTR = Letter

CL = Client

CNR = Certificate of No Response

# Best Case Bankruptcy Case Notes

## Anderson, Laura & Albert

| Note Subject | User Name | Created |
|---|---|---|
| .2 ICE and OGE to cl<br>　regarding creditors in Plan and plan duration | BJS | 1/13/17 |
| .5: Amend Ch. 13 Plan | MHL | 1/06/17 |
| .3 ICE and OGE to cl | BJS | 1/03/17 |
| .4: File Amended Plan/Ltr to client | KMC | 12/27/16 |
| .2 review claims | BJS | 12/23/16 |
| .3 ICE and OGE to opc | BJS | 12/23/16 |
| .2 ICE and OGE to cl<br>　no pmts to pella outside plan | BJS | 12/12/16 |
| .3 OC to wells fargo re: pella poc<br>　f/u poc, amd poc to be filed today | BJS | 12/12/16 |
| .1 email to opc<br>　remove arrears from poc the will sign stip | BJS | 12/08/16 |
| .3 review stip and poc | BJS | 12/08/16 |
| .4 OC to wells<br>　poc claim 15-1 reduced to 3,000 co-debtor not liable | BJS | 12/07/16 |
| .3 ICE and OGE to opc<br>　2nd mort agreed to 15,000 as secured | BJS | 12/07/16 |
| .2 OGE to opc<br>　offer 13k | BJS | 12/06/16 |
| .6 ICE and OGE to cl | BJS | 12/05/16 |
| .2 ICE from opc | BJS | 12/05/16 |
| .2 ICE and OGE<br>　re: tax returns not part of plan | BJS | 12/01/16 |
| .1 ICE from cl<br>　not providing Income and Expense sheets until a counter from opc re: 2nd mort | BJS | 12/01/16 |
| .4 3 ICE's from cl<br>　wants us to communicate directly with H, will send updated Income and expense sheets | BJS | 11/30/16 |
| .6 email to cl<br>　re: appraisal | BJS | 11/29/16 |
| .2 OGE to opc | BJS | 11/29/16 |
| .4 OC to cl<br>　discussed appraisal, will reach out to opc to negotiate secured portion of 2nd mort, cl not working need new income and exp sheets | BJS | 11/29/16 |
| .3 ICE review appraisal | BJS | 11/29/16 |
| .1 OGE to cl<br>　re: offer and need appraisal for our counter | BJS | 11/16/16 |

# Best Case Bankruptcy Case Notes
## Anderson, Laura & Albert

| Note Subject | User Name | Created |
|---|---|---|
| .3 ICE and OGE to opc<br>    re: poss adv and appraisal | BJS | 11/16/16 |
| .2 OGE to cl<br>    status of appraisal? | BJS | 11/16/16 |
| .3 OGE to opc<br>    re: will get appraisa<br>    resolution of poc? | BJS | 11/16/16 |
| .1 OC to opc<br>    case mgmt cancelled | BJS | 11/14/16 |
| .2 OC to CH re: case mgmt conf | BJS | 11/14/16 |
| .2 IC from OPC | BJS | 11/14/16 |
| .3 OC to case mgmt | BJS | 11/10/16 |
| .2 OC to opc | BJS | 11/10/16 |
| .3: Confirmation review | MHL | 11/04/16 |
| .4 sugg of bk filed | BJS | 11/03/16 |
| .3 OGE | MHL | 11/03/16 |
| 2.1: 341 Travel/attendance | MHL | 10/26/16 |
| .1 OC for 341 Reminder | JLG | 10/25/16 |
| .3: IC from client re car/RE | MHL | 10/11/16 |
| .3: OC to client<br>    Went to continued hearing. Asked us to email from now on. | KMC | 10/03/16 |
| .3: Resched 341 Ltr to clients | KMC | 9/30/16 |
| .2 ICE and OGE to cl | BJS | 9/29/16 |
| .2 ICE and OGE to cl | BJS | 9/29/16 |
| .4: Upload 341 doc/Ltr to client | KMC | 9/20/16 |
| .2 IC emails from cl for 341 docs | BJS | 9/15/16 |
| .3: obj rev | MHL | 9/15/16 |
| .3 OC to cl<br>    re: co -debtor liability | BJS | 9/12/16 |
| .2 OC to cl<br>    lvm | BJS | 9/09/16 |
| .3 341 Prep | RAS | 9/09/16 |

# Best Case Bankruptcy Case Notes
## Anderson, Laura & Albert

| Note Subject | User Name | Created |
|---|---|---|
| .5: File Petition/Send TT Pymnt Ltr | KMC | 8/24/16 |
| .3: Pre-filing updates | KMC | 8/24/16 |
| .5 meet with cl's prior to filing | BJS | 8/17/16 |
| 1.4: Petition prep | KMC | 8/10/16 |
| .2 PIF letter to client | RAS | 6/22/16 |
| .2 IC from cl | BJS | 5/27/16 |
| 1.3 meet with cl and file setup | BJS | 5/27/16 |

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Laura Anderson / Albert Anderson**, Debtor(s)

Case No. **16-15968**
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ 5,445.00
   Prior to the filing of this statement I have received $ 1,782.00
   Balance Due $ 3,663.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   Included but not limited to: Continued Meeting of Creditor hearings, Addition of creditors after the filing of Bankruptcy Petition, Motions to continue/impose the Automatic Stay, Motions to allow filing, Motions to avoid liens, Motion for Relief of the Automatic Stay, Motions to dismiss case, Adversarial proceedings & Discharge litigation, Contested matters, Depositions, Asset cram downs, Objections to proofs of claim, Motions to Incur Financing, Certification of default of stipulations, Negotiations, Motions to modify the Plan, Motions to Sell Real Estate, Motions to Approve Personal Injury Settlements, Motions to Approve Mortgage Modifications, Motions for reconsideration, Vacate wage Orders, Bankruptcy related Praecipes, Suggestions of Bankruptcy, Bankruptcy chapter conversion, Redemption of property, Pacer and legal research, Judgment lien and public searches.

   The above legal services related to the instant Bankruptcy will be billed at an hourly rate for attorney and paralegal time as set forth in the attorney client fee agreement.

   The retainer paid by the Debtor(s) prior to filing the instant matter shall be credited to the legal fees expended on the subject Chapter 13 case prior to Confimation. Any fee balance shall be recouped by way of an Application for Compensation with the Honorable Bankruptcy Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Chapter 13 Bankruptcy Services required after Confirmation of the Chapter 13 Plan, including, but not limited to Motion for Relief from the Automatic Stay Defense, Conversion to a Chapter 7 Bankruptcy, Motions to Sell Real Property Free and Clear of Liens, Motions to Approve Personal Injury Settlement, Motion for Hardship Discharge, Motion for Allowance of New Financing, Motion to Modify Chapter 13 Plan, Motion to Approve Mortgage Modification.

| | |
|---|---|
| In re  Laura Anderson  Albert Anderson | Case No. **16-15968** |
| Debtor(s) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 16, 2017**
*Date*

**/s/ Brad J. Sadek, Esquire**
**Brad J. Sadek, Esquire**
*Signature of Attorney*
**Sadek and Cooper**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**215-545-0008  Fax: 215-545-0611**
**brad@sadeklaw.com**
*Name of law firm*