UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ALBERT ANDERSON | : | Chapter 13 |
| | LAURA ANDERSON, | : | |
| | | : | |
| | Debtors | : | Bky. No. 16-15968 ELF |

# O R D E R

AND NOW, the Debtor's chapter 13 plan having been confirmed by Order dated **February 21, 2017**;

AND, upon consideration of the Application for Compensation filed by the Debtor's counsel ("the Applicant"), in which the Applicant requested the **allowance of compensation in the amount of $5,445.00**;

AND, upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response;

AND, notwithstanding the absence of an objection to the request for compensation, the Court of Appeals having held that the bankruptcy court "has a duty to review fee applications, notwithstanding the absence of objections by the United States trustee . . ., creditors, or any other interested party, a duty which . . . derives from the court's inherent obligation to monitor the debtor's estate and to serve the public interest," In re Busy Beaver Bldg. Centers, Inc., 19 F.3d 833, 841 (3d Cir. 1994) (emphasis in original);

AND, the court finding it appropriate to make disallow, in part, the Applicant's request for compensation, due to the inadequate description of the services rendered by counsel,[1] as

---

[1]  See L.B.R. 2016-3(a)(1) (requiring applications to include a description of services
(continued...)

summarized in more detail on the attached Appendix;[2]

It is therefore **ORDERED** that:

1. The Application is **GRANTED IN PART AND DENIED IN PART.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$ 4,143.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 1,782.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: **February 28, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1](...continued)
performed that identifies each service separately in sufficient detail to allow evaluation of the benefit derived from the service, the date each service was performed and the time expended); see also In re Green Valley Beer, 281 B.R. 253, 259 (Bankr. W.D. Pa. 2002) ("Courts have refused repeatedly to approve unitemized disbursements for services that are lumped together in a single entry, because such action inhibits the court from estimating the reasonableness of the individual services and their value to the debtor's estate"); In re Jefsaba, 172 B.R. 786, 801 (Bankr. E.D. Pa. 1994) (only time entries separately listed and explained in detail are compensable).

[2] The Appendix consists of the Applicant's time records, which I have annotated to itemize the compensation that I have disallowed.

**Legal Fees Breakdown**

**Albert & Laura Anderson (16-15968ELF)**

**Attorneys ($335.00/hour billed in tenths of an hour):**
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.
Patrick J. Cooper, Esq.
   15 Hours x $335.00/hour = $5,025.00

**Paralegals ($125.00/hour billed in tenths of an hour):**
   4.2 Hours x $125.00/hour = $420.00

**Total:** $5,025.00 + $420.00 = $5,445.00

APPENDIX

Case 16-15968-elf    Doc 41    Filed 02/28/17    Entered 03/01/17 09:03:35    Desc Main
Document      Page 4 of 6

| | **Best Case Bankruptcy Case Notes** | | | Time Disallowed | Amount Disall. |
|---|---|---|---|---|---|
| JAN 16, 2017 10:25AM | **Anderson, Laura & Albert** | | | | |
| Note Subject | | User Name | Created | | |
| .2 ICE and OGE to cl regarding creditors in Plan and plan duration | | BJS | 1/13/17 | | |
| .5: Amend Ch. 13 Plan | | MHL | 1/06/17 | | |
| .3 ICE and OGE to cl | | BJS | 1/03/17 | 0.30 | 100.50 |
| .4: File Amended Plan/Ltr to client | | KMC | 12/27/16 | | |
| .2 review claims | | BJS | 12/23/16 | | |
| .3 ICE and OGE to opc | | BJS | 12/23/16 | 0.30 | 100.50 |
| .2 ICE and OGE to cl  no pmts to pella outside plan | | BJS | 12/12/16 | | |
| .3 OC to wells fargo re: pella poc  f/u poc, amd poc to be filed today | | BJS | 12/12/16 | | |
| .1 email to opc  remove arrears from poc the will sign stip | | BJS | 12/08/16 | | |
| .3 review stip and poc | | BJS | 12/08/16 | | |
| .4 OC to wells  poc claim 15-1 reduced to 3,000 co-debtor not liable | | BJS | 12/07/16 | | |
| .3 ICE and OGE to opc  2nd mort agreed to 15,000 as secured | | BJS | 12/07/16 | | |
| .2 OGE to opc  offer 13k | | BJS | 12/06/16 | | |
| .6 ICE and OGE to cl | | BJS | 12/05/16 | 0.60 | 201.00 |
| .2 ICE from opc | | BJS | 12/05/16 | 0.20 | 67.0 |
| .2 ICE and OGE  re: tax returns not part of plan | | BJS | 12/01/16 | | |
| .1 ICE from cl  not providing Income and Expense sheets until a counter from opc re: 2nd mort | | BJS | 12/01/16 | | |
| .4 3 ICE's from cl  wants us to communicate directly with H, will send updated Income and expense sheets | | BJS | 11/30/16 | | |
| .6 email to cl  re: appraisal | | BJS | 11/29/16 | | |
| .2 OGE to opc | | BJS | 11/29/16 | 0.20 | 67.0 |
| .4 OC to cl  discussed appraisal, will reach out to opc to negotiate secured portion of 2nd mort, cl not working need new income and exp sheets | | BJS | 11/29/16 | | |
| .3 ICE review appraisal | | BJS | 11/29/16 | | |
| .1 OGE to cl  re: offer and need appraisal for our counter | | BJS | 11/16/16 | | |
| | | | Subtotal | 1.60 | $536. |

| Time Disallowed | Amount Disallowed | Note Subject | User Name | Created |
|---|---|---|---|---|
| | | JAN 16, 2017 10:25AM **Best Case Bankruptcy Case Notes** Anderson, Laura & Albert | | |
| | | .3 ICE and OGE to opc<br>re: poss adv and appraisal | BJS | 11/16/16 |
| | | .2 OGE to cl<br>status of appraisal? | BJS | 11/16/16 |
| | | .3 OGE to opc<br>re: will get appraisa resolution of poc? | BJS | 11/16/16 |
| | | .1 OC to opc<br>case mgmt cancelled | BJS | 11/14/16 |
| 0.20 | 67.00 | .2 OC to CH re: case mgmt conf | BJS | 11/14/16 |
| 0.20 | 67.00 | .2 IC from OPC | BJS | 11/14/16 |
| 0.30 | 100.50 | .3 OC to case mgmt | BJS | 11/10/16 |
| 0.20 | 67.00 | .2 OC to opc | BJS | 11/10/16 |
| | | .3: Confirmation review | MHL | 11/04/16 |
| | | .4 sugg of bk filed | BJS | 11/03/16 |
| 0.30 | 100.50 | .3 OGE | MHL | 11/03/16 |
| | | 2.1: 341 Travel/attendance | MHL | 10/26/16 |
| | | .1 OC for 341 Reminder | JLG | 10/25/16 |
| | | .3: IC from client re car/RE | MHL | 10/11/16 |
| | | .3: OC to client<br>Went to continued hearing. Asked us to email from now on. | KMC | 10/03/16 |
| | | .3: Resched 341 Ltr to clients | KMC | 9/30/16 |
| 0.20 | 67.00 | .2 ICE and OGE to cl | BJS | 9/29/16 |
| 0.20 | 67.00 | .2 ICE and OGE to cl | BJS | 9/29/16 |
| | | .4: Upload 341 doc/Ltr to client | KMC | 9/20/16 |
| | | .2 IC emails from cl for 341 docs | BJS | 9/15/16 |
| 0.30 | 100.50 | .3: obj rev | MHL | 9/15/16 |
| | | .3 OC to cl<br>re: co-debtor liability | BJS | 9/12/16 |
| 0.20 | 67.00 | .2 OC to cl<br>lvm | BJS | 9/09/16 |
| | | .3 341 Prep | RAS | 9/09/16 |

Subtotal 2.10 hours     $703.50

| Time Disallowed | Amount Disallowed | Note Subject | User Name | Created |
|---|---|---|---|---|
| | | JAN 16,2017 10:25AM  **Best Case Bankruptcy Case Notes** | | |
| | | | **Anderson, Laura & Albert** | |
| | | .5: File Petition/Send TT Pymnt Ltr | KMC | 8/24/16 |
| 0.30 | 37.50 | .3: Pre-filing updates | KMC | 8/24/16 |
| | | .5 meet with cl's prior to filing | BJS | 8/17/16 |
| | | 1.4: Petition prep | KMC | 8/10/16 |
| 0.20 | 25.00 | .2 PIF letter to client | RAS | 6/22/16 |
| | | .2 IC from cl | BJS | 5/27/16 |
| | | 1.3 meet with cl and file setup | BJS | 5/27/16 |

Sub total: 0.50 hours  $62.50

Total  4.20 hours  $1,302.00