## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Laura Anderson, Albert Anderson,<br>           Debtor(s) | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12,<br>           Movant,<br><br>Laura Anderson, Albert Anderson,<br>           Debtor(s) / Respondent(s),<br><br>and<br>William C. Miller, Esq.,<br>           Trustee / Respondent | Case No. 16-15968-elf<br><br>Hearing Date: November 13, 2018<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 has filed Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 5, 2018, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Office of the Clerk
        900 Market Street
        Suite 400

Philadelphia, PA 19107

(b) mail a copy to the Movant's attorney:

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053
Phone No.: (856) 482-1400
Fax No.: (856) 482-9190

(c) mail a copy to the Chapter 13 Trustee:

William C. Miller, Esq., Trustee
P.O. Box 1229
Philadelphia, PA 19105

2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on November 13, 2018, at 9:30 a.m. in 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2970 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: October 19, 2018

/s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant