# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Laura Anderson, Albert Anderson,<br><br>　　　　　Debtor | Chapter 13<br><br>Case No.: 16-15968-elf |
| U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12,<br>　　　　　Movant,<br>vs.<br>Laura Anderson, Albert Anderson,<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>　　　　　Trustee / Respondent. | |

## ORDER

IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on November 27, 2018 (Doc. # 50) is **APPROVED**.

Date:  11/28/18

　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**