IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Laura Anderson
Albert Anderson

Case No.: 16-15968ELF

Debtor(s)

Chapter 13

# ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED IN PART AND DENIED IN PART.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,000.00**.

**Dated:**   5/22/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**