**Fill in this information to identify the case:**

Debtor 1    Laura Anderson

Debtor 2    Albert Anderson
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    16-15968-elf

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12

**Court claim no.** (if known) 28

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX4136

**Property address:**    3815 Nedla Rd
Number    Street

Philadelphia      PA      19154
City      State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on :    ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due: *3 mos. (11/1/21-1/1/22) x $1,132.28, plus 2 mos. (2/1/22-3/1/22) x $1,138.66, less suspense $443.30*    (a) $ 5,230.86

b. Total fees, charges, expenses, escrow, and costs outstanding    + (b) $_____

c. **Total.** Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    11 / 01 / 2021
MM / DD / YYYY

Form 4100R      Response to Notice of Final Cure Payment      page 1

Debtor 1  Laura Anderson
          First Name    Middle Name    Last Name

Case number (*if known*) 16-15968-elf

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

/s/ Lorraine Gazzara Doyle
Signature

Date  March 4, 2022

Print  Lorraine Gazzara Doyle, Esq.
       First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Milstead & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1 E. Stow Road
         Number    Street

         Marlton           NJ        08053
         City              State     ZIP Code

Contact phone  (856) 482-1400

Email  ldoyle@milsteadlaw.com

# Exhibit A

## Chapter 13 Filed Payment Change Reconciliation

**SPS SELECT Portfolio SERVICING, inc.**

| Preparation Date: | | 03/02/22 |
|---|---|---|
| Prepared by: | | |

**Loan Information:**

| Loan Number | |
|---|---|
| Debtors Name - 1 | ALBERT ANDERSON IV |
| Debtors Name - 2 | LAURA RAMSHER |
| Property Address | 3815 NEDLA RD |
| Property State | PA |

**Bankruptcy Information:**

| Bankruptcy Case # | 16-15968 |
|---|---|
| Filing Date: | 8/24/2016 |
| Person filing: | Both |
| Number of previous filings: | 1 |

**Post petition due**

| Post petition due date: | 11/01/21 |
|---|---|
| Post petition $$$ due: | $5,230.86 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| Total Post petition due | **$5,230.86** |

**Comment**
Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments.

**Post-Petition Payment History Detail**

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| 09/14/16 | 09/01/16 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 09/30/16 | 10/01/16 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 10/28/16 | 11/01/16 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 11/30/16 | 12/01/16 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 01/04/17 | 01/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 02/01/17 | 02/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 03/01/17 | 03/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 03/31/17 | 04/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 05/01/17 | 05/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 05/07/17 | 06/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 07/07/17 | 07/01/17 | $1,112.31 | $1,112.31 | $1,112.31 | |
| 08/03/17 | 08/01/17 | $1,112.31 | $1,112.31 | $1,136.00 | |
| 09/28/17 | 09/01/17 | $1,112.31 | $1,112.31 | $1,139.00 | |
| 10/26/17 | 10/01/17 | $1,112.31 | $1,112.31 | $1,139.00 | |
| 11/22/17 | 11/01/17 | $1,135.98 | $1,135.98 | $1,139.00 | |
| 12/01/17 | 12/01/17 | $1,135.98 | $1,135.98 | $1,112.31 | |
| 02/01/18 | 01/01/18 | $1,135.98 | $1,135.98 | $1,139.00 | |
| 03/15/18 | 02/01/18 | $1,135.98 | $1,135.98 | $1,130.00 | |
| 05/25/18 | 03/01/18 | $1,135.98 | $1,135.98 | $1,130.00 | |
| 06/15/18 | 04/01/18 | $1,135.98 | $1,135.98 | $2,234.00 | |
| | 05/01/18 | $1,135.98 | $1,135.98 | | |
| 08/15/18 | Partial Payment | $0.00 | $0.00 | $700.00 | Partial Payment |
| 10/11/18 | 06/01/18 | $1,135.98 | $1,135.98 | $700.00 | |
| | 07/01/18 | $1,135.98 | $1,135.98 | | Agreed Order/Amended Plan |
| | 08/01/18 | $1,135.98 | $1,135.98 | | Agreed Order/Amended Plan |
| | 09/01/18 | $1,139.45 | $1,139.45 | | Agreed Order/Amended Plan |
| | 10/01/18 | $1,139.45 | $1,139.45 | | Agreed Order/Amended Plan |
| | 11/01/18 | $1,139.45 | $1,139.45 | | Agreed Order/Amended Plan |
| 12/21/18 | Partial Payment | $0.00 | $0.00 | $1,139.00 | Partial Payment |
| 01/30/19 | 12/01/18 | $1,139.45 | $1,139.45 | $1,139.00 | |
| 02/20/19 | 01/01/19 | $1,139.45 | $1,139.45 | $1,139.00 | |
| 03/18/19 | 02/01/19 | $1,139.45 | $1,139.45 | $1,140.00 | |
| 04/15/19 | 03/01/19 | $1,139.45 | $1,139.45 | $1,140.00 | |
| 06/06/19 | 04/01/19 | $1,139.45 | $1,139.45 | $1,140.00 | |
| | 05/01/19 | $1,139.45 | $1,139.45 | | |
| 06/20/19 | 06/01/19 | $1,139.45 | $1,139.45 | $1,165.00 | |
| 07/19/19 | 07/01/19 | $1,139.45 | $1,139.45 | $1,165.00 | |
| 08/27/19 | Partial Payment | $0.00 | $0.00 | $582.00 | |
| 09/11/19 | 08/01/19 | $1,164.05 | $1,164.05 | $582.00 | |
| 09/25/19 | Partial Payment | $0.00 | $0.00 | $582.00 | |
| 10/09/19 | 09/01/19 | $1,164.05 | $1,164.05 | $578.00 | |
| 11/06/19 | Partial Payment | $0.00 | $0.00 | $582.00 | |
| 12/06/19 | 10/01/19 | $1,164.05 | $1,164.05 | $1,165.00 | |
| 01/13/20 | 11/01/19 | $1,164.05 | $1,164.05 | $1,300.00 | |
| 02/24/20 | 12/01/19 | $1,164.05 | $1,164.05 | $1,376.00 | |
| 03/23/20 | 01/01/20 | $1,164.05 | $1,164.05 | $1,139.45 | |
| 04/01/20 | NSF | -$1,164.05 | -$1,164.05 | -$1,139.45 | |
| 04/20/20 | 01/01/20 | $1,164.05 | $1,164.05 | $2,280.00 | |
| | 02/01/20 | $1,164.05 | $1,164.05 | | |
| 06/26/20 | 03/01/20 | $1,164.05 | $1,164.05 | $1,165.00 | |
| 08/27/20 | 04/01/20 | $1,164.05 | $1,164.05 | $1,103.45 | |
| 10/01/20 | 05/01/20 | $1,164.05 | $1,164.05 | $1,103.45 | |
| 10/31/20 | 06/01/20 | $1,130.25 | $1,130.25 | $1,103.45 | |
| 11/30/20 | 07/01/20 | $1,130.25 | $1,130.25 | $4,868.25 | |
| | 08/01/20 | $1,130.25 | $1,130.25 | | |
| | 09/01/20 | $1,130.25 | $1,130.25 | | |
| | 10/01/20 | $1,130.25 | $1,130.25 | | |
| | 11/01/20 | $1,130.25 | $1,130.25 | | |
| 12/14/20 | 12/01/20 | $1,130.25 | $1,130.25 | $1,131.00 | |
| 01/13/21 | 01/01/21 | $1,130.25 | $1,130.25 | $1,132.00 | |
| 02/19/21 | 02/01/21 | $1,130.25 | $1,130.25 | $1,132.00 | |
| 03/10/21 | Partial Payment | $0.00 | $0.00 | $566.00 | |
| 03/19/21 | 03/01/21 | $1,130.25 | $1,130.25 | $566.00 | |
| 03/25/21 | Partial Payment | $0.00 | $0.00 | $566.00 | |
| 04/05/21 | 04/01/21 | $1,132.28 | $1,132.28 | $566.00 | |
| 04/16/21 | Partial Payment | $0.00 | $0.00 | $566.00 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| | | | | |
|---|---|---|---|---|
| 04/30/21 | 05/01/21 | $1,132.28 | $1,132.28 | $566.00 |
| 05/14/21 | Partial Payment | $0.00 | $0.00 | $566.00 |
| 05/28/21 | 06/01/21 | $1,132.28 | $1,132.28 | $566.00 |
| 06/11/21 | Partial Payment | $0.00 | $0.00 | $566.00 |
| 06/25/21 | 07/01/21 | $1,132.28 | $1,132.28 | $566.00 |
| 07/12/21 | Partial Payment | $0.00 | $0.00 | $566.00 |
| 09/14/21 | Partial Payment | $0.00 | $0.00 | $267.63 |
| 09/15/21 | Partial Payment | $0.00 | $0.00 | $267.63 |
| 09/20/21 | 08/01/21 | $1,132.28 | $1,132.28 | $566.00 |
| 10/01/21 | Partial Payment | $0.00 | $0.00 | $566.00 |
| 11/16/21 | 09/01/21 | $1,132.28 | $1,132.28 | $551.00 |
| 12/28/21 | Partial Payment | $0.00 | $0.00 | $551.00 |
| 02/08/22 | 10/01/21 | $1,132.28 | $1,132.28 | $250.00 |
| 02/22/22 | Partial Payment | $0.00 | $0.00 | $250.00 |
| Due | 11/01/21 | $1,132.28 | $1,132.28 | $0.00 |
| Due | 12/01/21 | $1,132.28 | $1,132.28 | $0.00 |
| Due | 01/01/22 | $1,132.28 | $1,132.28 | $0.00 |
| Due | 02/01/22 | $1,138.66 | $1,138.66 | $0.00 |
| Due | 03/01/22 | $1,138.66 | $1,138.66 | $0.00 |

| | | | |
|---|---|---|---|
| Total Due | | $76,009.21 | $76,009.21 |
| Total Received | | | $65,361.58 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Laura Anderson<br>    Albert Anderson,<br>        Debtors, | Bankruptcy No. 16-15968-elf<br>Chapter 13 |
| U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12,<br>        Secured Creditor,<br><br>Laura Anderson and Albert Anderson,<br>        Debtors / Respondents,<br><br>and<br>Kenneth E. West,<br>        Trustee / Respondent. | |

### CERTIFICATION OF SERVICE

    Lorraine Gazzara Doyle, Esquire counsel for U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12, hereby certifies that a copy of the Response to Notice of Final Cure Payment was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on March 4, 2022, addressed as follows:

| | |
|---|---|
| Kenneth E. West, Trustee<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission and regular mail* | Brad J. Sadek, Esquire<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>*via electronic transmission and regular mail* |
| Laura Anderson<br>3815 Nedla Road<br>Philadelphia, PA 19154<br>*via regular mail* | Albert Anderson<br>3815 Nedla Road<br>Philadelphia, PA 19154<br>*via regular mail* |

MILSTEAD & ASSOCIATES, LLC

DATED: March 4, 2022

By: */s/ Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esquire
Attorney ID No. 34576
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor